UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronnie Leroy Snyder,                                    Case No. 14-cv-2047 (PAM/LIB)

          Petitioner,

v.                                                                              **ORDER**

Warden Wilson,

          Respondent.

---

This matter is before the Court on Magistrate Judge Brisbois's Report and Recommendation ("R&R") dated July 1, 2014. In the R&R, Magistrate Judge Brisbois recommends that the Court deny Snyder's Petition for a Writ of Habeas Corpus. Within fourteen days after being served with a copy, unless a different deadline is set, any party may file objections to the R&R. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2); D. Minn. LR 72.2(b)(1). No party has timely objected to the R&R. Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R (Docket No. 2) is **ADOPTED**;

2. Snyder's Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED**; and

3. This case is summarily **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   July 31, 2014

                                                *s/Paul A. Magnuson*
                                              Paul A. Magnuson
                                              United States District Court Judge